## OUT-OF-NETWORK SERVICES (NON-PPO)

Out-of-Network Services (Non-PPO) are health care services provided by a Physician, Hospital or other provider who is not in the Plan's designated PPO Network. Out-of-Network Covered Charges will be payable
at the Non-PPO benefit level unless the Plan has a direct contract for discounting fees with an Out-of-Network Provider or Out-of-Network services are listed as a PPO benefit exception on page 10 of the Schedule of Benefits, in which case the PPO benefit level will apply.

**Usual and Customary (U&C):**

1. The Usual fee - the fee most frequently charged or accepted for covered medical care or supplies by a

   Physician or Hospital; and

   2. The Customary fee - the fee charged or accepted for covered medical care or supplies by those of similar professional standing in the same geographical area; "area" means a region large enough to determine a cross section of providers of medical care or supplies.

5. The charges for **Home Infusion Therapy** by a licensed provider to include intravenous infusion or injection of fluids, nutrition or medication furnished in the home setting.

6. The charges relating to **Hospice care** provided that the Covered Person has a life expectancy of six (6) months or less. Covered Hospice expenses are limited to:

   a. Room and board for confinement in a Hospice.
   b. Ancillary charges furnished by the Hospice while the Covered Person is confined therein, including rental of Durable Medical Equipment which is used solely for treating an Injury or Illness.
   c. Medical supplies, drugs and medicines prescribed by the attending Physician, but only to the extent such items are necessary for pain control and management of the terminal condition.
   d. Physician services and/or nursing care by a Registered Nurse (R.N.), a Licensed Practical Nurse (L.P.N.) or a Licensed Vocational Nurse (L.V.N.).
   e. Home health aide services.
   f. Charges for home care furnished by a Hospital or Home Health Care Agency, under the direction of a Hospice, including custodial care if it is provided during a regular visit by a Registered Nurse, a Licensed Practical Nurse, a Licensed Vocational Nurse or a home health aide.
   g. Medical social services by licensed or trained social workers, psychologists or counselors.
   h. Nutrition services provided by a licensed Dietitian.
   i. Bereavement counseling not to exceed a period of six (6) months following the death of a Covered Person for members of such person's immediate Family.

7. The charges incurred for a Medically Necessary **Surgical Procedure**.

8. When two or more **Surgical Procedures** occur during the same operation, the Covered Expenses for all charges are as follows:

   a. When multiple or bilateral Surgical Procedures that increase the time and amount of patient care are performed, the Covered Expense is the allowable fee for the major procedure plus 50% of the allowable fee for each of the lesser ones or the actual fee charged, whichever is less. This provision will not apply to those procedures which are not subject to the Multiple Procedures Reduction Rules per Medicare.
   b. When an incidental procedure is performed through the same incision, the Covered Expense is the fee for the major Surgical Procedure only. Examples of incidental procedures are: excision of a scar, appendectomy, lysis of adhesions, etc.

9. When services of an **assistant surgeon** and/or licensed surgical assistant are required to render technical assistance at an operation, the Covered Expense for such services shall be limited to 25% of the allowable surgical fee. See definition of Practitioner for covered providers.

10. The charges for the following **Dental expenses** and **Oral Surgical Procedures**:

    a. Cutting procedures in the oral cavity for excision of tumors and cysts of the jawbone;
    b. External incision and drainage of cellulitis;
    c. Open or closed reduction of a fracture or dislocation of the jaw; and
    d. Treatment necessitated by Accidental Injury to sound natural teeth.

    If Medically Necessary for Dental work or Oral Surgery to be performed at an Outpatient Facility or Hospital, only the Facility and related anesthesia fees are Covered Charges.

11. The charges for **Cosmetic Surgery** only in the following situations:

    a. Reconstructive Surgery as a result of an accidental bodily Injury;
    b. The surgical correction required as a result of a congenital disease or anomaly;
    c. Reconstructive Surgery following neoplastic (cancer) surgery;
    d. Reconstruction of the breast on which a mastectomy has been performed;
    e. Surgery and reconstruction of the other breast to produce symmetrical appearance;
    f. Coverage for prostheses and physical complications related to all stages of covered mastectomy including lymphedema, in a manner determined in consultation with the attending Physician and patient; and

g. Removal of breast implants if deemed to be Medically Necessary and reconstructive breast surgery after implant removal. Breast reconstruction is not covered if the original implants were for cosmetic reasons. However, the removal of the implant is covered, if Medically Necessary, even if the original implant was for cosmetic reasons.

**NOTE:** The Plan's breast reconstruction surgery benefits are subject to the requirements of the Mastectomy Provision of the Women's Health and Cancer Rights Act of 1998.

12. The charges for a **reduction mammoplasty**, if Medically Necessary.

13. The charges for the services of a legally qualified **Physician** for medical care and/or surgical treatment including office visits, home visits, Hospital Inpatient care, Hospital Outpatient visits/exams, clinic care, and second or third opinion consultations.

14. The charges for **cardiac rehabilitation** as deemed Medically Necessary provided services are rendered:

   a. Under the supervision of a Physician;
   b. In connection with a myocardial infarction, coronary occlusion or coronary bypass surgery;
   c. Initiated within twelve (12) weeks after other treatment for the medical condition ends; and
   d. In a facility whose primary purpose is to provide medical care for an Illness or Injury.

15. The charges for **Physical Therapy** for the treatment or services rendered by a licensed Physical Therapist under direct supervision of a Physician at a facility or institution whose primary purpose is to provide medical care for an Illness or Injury, subject to the Calendar Year Maximum Benefit specified in the Schedule of Benefits.

16. The charges for **Occupational Therapy** for treatment rendered by a licensed Occupational Therapist under supervision of a Physician at a facility whose primary purpose is to provide medical care for an Injury or Illness, subject to the Calendar Year Maximum Benefit specified in the Schedule of Benefits.

17. The charges of an **Audiologist** under direct supervision of a Physician to restore hearing loss or correct an impaired hearing function.

18. The charges of a legally qualified **Speech Language Pathologist** under direct supervision of a Physician for restorative **Speech Therapy** for speech loss or speech impairment due to an Illness, Injury or Congenital Anomaly or due to surgery performed because of an Illness or Injury, other than a functional nervous disorder (i.e., stuttering, repetitive speech), subject to the Calendar Year Maximum Benefit specified in the Schedule of Benefits.

19. The charges for services of a licensed **Dietitian** when recommended by a licensed M.D. or D.O. except for services which are otherwise excluded by the Plan.

20. The charges for professional licensed **Ambulance Service** as follows:

   a. Ground transportation when Medically Necessary and used locally to or from the nearest Hospital qualified to render treatment;
   b. Air ambulance where air transportation is medically indicated to transport a Covered Person to the nearest facility qualified to render treatment (excluding commercial flights); or
   c. "CARE" and "LIFE" flights in a life-threatening situation.

21. The charges for **drugs** requiring the written prescription of a licensed Physician; such drugs must be Medically Necessary for the treatment of an Illness or Injury. See Prescription Drug Plan section. **Prescription Drugs** are covered by the Prescription Drug Card, Mail Order Service or Specialty Pharmacy and not payable under Major Medical Expense Benefits.

22. The charges for **insulin, insulin syringes, test strips and lancets** on prescription are covered by the Prescription Drug Card or Mail Order Service.

23. The charges for **glucometers** and insulin pumps/supplies when ordered by a Physician.

24. The charges for **clinical and pathological laboratory tests** and examinations including fees for professional interpretation of their results.

25. The charges for radiation services including **diagnostic x-rays** and interpretation, x-ray therapy and treatment.

26. The charges for **Radiation Therapy, Chemotherapy, Infusion Therapy** and **Dialysis**. Dialysis charges may be subject to Medicare rules and reimbursement rates.

27. The charges for **wig(s) for hair loss during Chemotherapy or Radiation Therapy** payable as specified in the Schedule of Benefits subject to the Lifetime Maximum Benefit as specified in the Schedule of Benefits.

28. The charges for the processing and administration of **blood or blood components**, but not for the cost of the actual blood or blood components if the facility receives any replacement of blood used for which the patient is not financially responsible.

29. The charges for **Chiropractic Services** subject to the Calendar Year Maximum Benefit specified in the Schedule of Benefits, to include x-rays.

30. The charges for **oxygen** and other gases and their administration.

31. The charges for electrocardiograms, electroencephalograms, pneumoencephalograms, basal metabolism tests, or similar well established **diagnostic tests** generally approved by Physicians throughout the United States.

32. The charges for the cost and administration of an **anesthesia and/or anesthetic**.

33. The charges for dressings, sutures, casts, splints, trusses, crutches, braces (except dental braces), corrective shoes and other necessary **medical supplies**.

34. The charges for **nerve stimulators** and TENS units.

35. The charges for rental of a wheelchair, Hospital bed and other **Durable Medical Equipment** prescribed by a Physician and required for temporary therapeutic use, or the purchase of this equipment if economically justified, whichever is less, subject to the Lifetime Maximum Benefit specified in the Schedule of Benefits. Benefits will be provided for the repair, adjustment or replacement of purchased Durable Medical Equipment or components only within a reasonable time period of purchase subject to the life expectancy of the equipment.

36. The charges for **Jobst elastic stockings** when ordered by a Physician, limited to three (3) pairs per Calendar Year.

37. The charges for **custom bras for prostheses** following a mastectomy, limited to six (6) per Calendar Year.

38. The charges for **Prosthetics** including artificial limbs and eyes to replace natural limbs and eyes and other necessary prosthetic devices, but not the replacement thereof, unless the replacement is necessary because of physiological changes, subject to the Lifetime Maximum Benefit specified in the Schedule of Benefits.

39. The charges for testing for the initial diagnosis of **infertility**. This is limited to procedures for diagnostic purposes only.

40. The charges for formulas necessary for the treatment of **phenylketonuria** or other heritable diseases. The benefits will be paid on the same basis that benefits would be paid for drugs ordered by a Physician. Phenylketonuria means an inherited condition that may cause severe mental retardation if not treated.

41. The charges for **Maternity care**, on the same basis as any Illness covered under this Plan, for Covered Employees and covered Dependent spouses only. Other Dependents are not eligible for benefits under this provision. Plan coverage for a Hospital stay in connection with childbirth for both the mother and the newborn child will be no less than: forty-eight (48) hours following a normal vaginal delivery, or ninety-six (96) hours following a cesarean section, unless a shorter stay is agreed to by both the mother and her attending Physician.

42. The charges for **Routine Newborn Care** for a well newborn child for Nursery room and board and routine Inpatient services required for the healthy newborn following birth. Covered Expenses will also include charges for pediatric services, newborn hearing exams and circumcision. Benefits will be payable from the date of birth until the date the mother is discharged. Covered Charges are not subject to a separate Calendar Year Deductible and are payable under the covered mother's claim.

43. The charges for **injectable contraceptive serum** administered in a Physician's office.

44. The charges for insertion and removal of **contraceptive implants** and **IUDs** in a Physician's office and the cost and fitting of **diaphragms**.

45. The charges for services for voluntary **Sterilization** for Covered Employees and covered Dependent spouses.

46. The charges made by an **Ambulatory Surgical Center, Minor Emergency Medical Clinic** and **Birthing Center**.

47. The charges for the services of a Licensed State-Certified **Midwife**.

48. The charges for treatment of **Mental and Nervous Disorders, Chemical Dependency, Drug and Substance Abuse**. Inpatient and Outpatient Day Treatment Facility expenses in a Chemical Dependency or Psychiatric Treatment Facility shall be payable as specified in the Schedule of Benefits. The Lifetime and/or Calendar Year Maximums for Inpatient, Outpatient Day Treatment and Office Visits are shown as separate items in the Schedule of Benefits. Benefits for Mental and Nervous Disorders are subject to the provisions of the Mental Health Parity Act of 1996 and any related amendments.

49. The charges for **psychological testing** and **Outpatient group therapy** payable as specified in the Schedule of Benefits. Outpatient Group Therapy is subject to the Maximum Number of Covered Office Visits specified in the Schedule of Benefits for Mental and Nervous Disorders, Chemical Dependency, Drug and Substance Abuse.

50. The charges for services and supplies in connection with non-experimental human **Organ, Tissue and Bone Marrow Transplant** procedures subject to special conditions and provisions and subject to the Maximum Benefits specified in the Schedule of Benefits. **See Organ Transplant Benefits section for information regarding benefits and participation requirements for organ transplants, organ donors and travel and lodging.**

51. The charges for services and supplies in connection with **cornea transplants** on the same basis as any other Illness.

52. The charges for hyperalimentation or **total parenteral nutrition (TPN)** for persons recovering from or preparing for surgery.

53. The charges for **Covered Wellness Procedures** listed as Preventive and Wellness Care Benefits payable as specified in the Schedule of Benefits.

54. The charges for complications incurred as a result of **immunizations**.

55. The charges for an **annual routine vision examination including eye refractions** as specified in the Wellness Benefit, not to include the fitting of contact lenses.

*Coldwell Banker United, Realtors*
*Eff: 10/1/09*

# PROCEDURES FOR CLAIMS AND APPEALS

The procedures outlined below must be followed by Claimants to obtain payment of benefits under this Plan.

## NOTICE AND PROOF OF CLAIM

Written notice and proof of an incurred Claim should always be filed with the Claims Administrator as soon as possible. **Claims must be filed within twelve (12) months from the date of service to be covered by the Plan.** If an individual's coverage under the Plan ceases, all Claims incurred prior to termination of coverage **must** be filed within twelve (12) months from the date of service, or the Claims will not be covered by the Plan.

Claims **must** be filed sooner in certain circumstances:

> If the Plan is terminated, all Claims incurred prior to the Plan termination **must** be received within ninety (90) days after the termination or the Claims will not be covered.

Any Claims incurred after termination of Plan coverage for any reason are not covered under the Plan.

Under ERISA, there are four types of Claims: Pre-service (Urgent), Pre-service (Non-urgent), Concurrent Care, and Post-service.

> A "Pre-service Claim" is a Claim for a benefit under the Plan where the Plan conditions receipt of the benefit, in whole or in part, on approval of the benefit in advance of obtaining medical care. Because the Plan does not require Claimants to obtain approval of a medical service prior to getting treatment on an urgent or non-urgent basis, there are no "Pre-service Claims." The Claimant simply follows the Plan's procedures with respect to notice that is required after receipt of treatment, and files the Claim as a Post-service Claim.

> A "Concurrent Claim" arises when the Plan has approved an on-going course of treatment to be provided over a period of time or number of treatments, and either: (a) the Plan determines that the course of treatment should be reduced or terminated, or (b) the Claimant requests an extension of the course of treatment beyond that which the Plan has approved. Because the Plan does not require Claimants to obtain approval of medical services prior to getting treatment, there is no need to contact the Utilization Review Company to request an extension of a course of treatment. The Claimant simply follows the Plan's procedures with respect to notice that is required after receipt of treatment, and files the Claim as a Post-service Claim.

> A "Post-service Claim" is a Claim for a benefit under the Plan after the services have been rendered.

A Post-service Claim is considered to be filed when the following information is received by the Claims Administrator with a Form CMS-1500 or Form UB92 or any successor forms:

1. The date of service;
2. The name, address, telephone number, and tax identification number of the provider of the services or supplies;
3. The place where the services were rendered;
4. The diagnosis and procedure codes;
5. The amount of charges (including any PPO repricing information);
6. The name of the Plan;
7. The name of the Covered Employee; and
8. The name of the patient.

Each Claimant claiming benefits under the Plan shall be responsible for supplying, at such times and in such manner as the Plan Administrator in its sole discretion may require, written proof that the expenses were incurred, or that the benefit is covered under the Plan. If the Plan Administrator in its sole discretion determines that the Claimant has not incurred a Covered Expense, or that the benefit is not covered under the Plan, or if the Claimant fails to furnish such proof as is requested, no benefits shall be payable under the Plan.

## CLAIMS DETERMINATION

The Plan Administrator shall notify the Claimant, in accordance with the provisions set forth below, of any Adverse Benefit Determination within the following timeframes:

➢ If the Claimant has provided all of the information needed to process the Claim in a reasonable period of time, but not later than 30 days after receipt of the Claim. This period may be extended by the Plan for up to 15 days, provided that the Plan Administrator: (a) determines that such an extension is necessary due to matters beyond the control of the Plan, and (b) notifies the Claimant, prior to the expiration of the initial 30-day processing period, of the circumstances requiring the extension of time, and the date by which the Plan expects to render a decision. If an extension has been requested, then the Plan Administrator shall notify the Claimant of any Adverse Benefit Determination prior to the end of the 15-day extension period.

➢ If additional information is requested from the Claimant to process the Claim during the initial processing period, then the Claimant will be notified of a determination of benefits prior to the end of the extension period. If additional information is requested from the Claimant during the extension period, then the Claimant will be notified of the determination by a date agreed to by the Plan Administrator and the Claimant.

A Benefit Determination is required to be made within the period of time beginning when a Claim is deemed to be filed in accordance with the procedures of the Plan.

## NOTICE OF ADVERSE BENEFIT DETERMINATION

If the initial Benefit Determination is an Adverse Benefit Determination, notification will be sent to the Claimant and will include the following information:

1. The reason or reasons for the Adverse Benefit Determination;

2. References to the Plan provisions on which the Adverse Benefit Determination is based;

3. A description of any additional material or information necessary for the Claimant to perfect the Claim, and an explanation of why such material or information is necessary;

4. A description of the Plan's review procedures and the time limits applicable to such procedures, including a statement of the Claimant's right to bring a civil action under Section 502(a) of ERISA following an Adverse Benefit Determination on final review;

5. A statement that the Claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the Claimant's Claim;

6. The identity of any medical or vocational experts consulted in connection with a Claim, even if the Plan did not rely upon their advice (or a statement that the identity of the expert will be provided upon request);

7. If an internal rule, guideline, protocol, or other similar criterion was relied on in making the Adverse Benefit Determination, either the specific rule, guideline, protocol or other similar criterion, or a statement that such information was relied on in making the Adverse Benefit Determination, and that a copy of the rule, guideline, protocol or other criterion will be provided free of charge on request; and

8. If the Adverse Benefit Determination is based on a medical judgment (such as Medical Necessity or whether the treatment was experimental), either an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the Claimant's medical circumstances, or a statement that such explanation will be provided free of charge upon written request.

## PHYSICAL EXAMINATION

The Plan Administrator or Claims Administrator has the right to have the Claimant examined as often as reasonably necessary while a claim is pending. Benefits are payable under this Plan only if they are Medically Necessary for the Illness or Accidental Injury of the Covered Person. This Plan reserves the right to make a Utilization Review to determine whether services are Medically Necessary for the proper treatment of the Covered Person. All such information will be confidential.

## CLAIMS AUDIT

Once a written Claim for benefits is received, the Claims Administrator, acting on the discretionary authority of the Plan Administrator, may elect to have such Claim reviewed or audited for accuracy and reasonableness of charges as part of the adjudication process. This process may include, but may not be limited to, identifying: (a) charges for items/services that may not be covered or may not have been delivered, (b) duplicate charges, and (c) charges beyond the reasonable, necessary, and U&C guidelines as determined by the Plan.

## PAYMENT OF CLAIMS

Plan benefits are payable to the Covered Employee, unless the Claimant gives written direction, at the time of filing proof of such loss, to pay directly the health care provider rendering such services. Such payment to a health care provider is subject to the approval of the Plan Administrator. If any such benefit remains unpaid at the death of the Covered Employee, if the Claimant is a minor, or if the Claimant is (in the opinion of the Plan Administrator) legally incapable of giving a valid receipt and discharge for any payment, the Plan Administrator may, at its option, pay such benefits to any one or more of the following relatives of the Claimant: wife, husband, mother, father, child or children, brother or brothers, sister or sisters. Such payment will constitute a complete discharge of the Plan's obligation to the extent of such payment, and the Plan Administrator will not be required to follow-up and determine how such paid money was used.

## APPEAL PROCESS

The Plan provides for two (2) levels of appeal following an Adverse Benefit Determination. The Claimant has one hundred eighty (180) days following an initial Adverse Benefit Determination to file an appeal of that determination, and sixty (60) days following a second Adverse Benefit Determination to file an appeal of that determination. The appeal process will provide the Claimant with a reasonable opportunity for a full and fair review of the Claim and Adverse Benefit Determination and will include the following:

1. Receipt of written request by the Claims Administrator from the Claimant, or an Authorized Representative of the Claimant, with the proper form for review of Adverse Benefit Determination, which initiates the appeal process.

2. The Claimant will have the opportunity to submit written comments, documents, records, and other information relating to the Claim.

3. The Claimant will be provided, on request and free of charge: (a) reasonable access to, and copies of all documents, records, and other information relevant to the Claimant's Claim in possession of the Plan Administrator or the Claims Administrator; (b) information regarding any rule, guideline, protocol, or other similar criterion relied upon in making the Adverse Benefit Determination; (c) information regarding any voluntary appeals procedures offered by the Plan; and (d) an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the Claimant's medical circumstances.

4. The review of the Adverse Benefit Determination will take into account all comments, documents, records and other information submitted by the Claimant relating to the Claim, without regard to whether such information was submitted or considered in the initial benefit determination.

*Coldwell Banker United, Realtors*
*Eff: 10/1/09*

5. No deference will be afforded to the previous Adverse Benefit Determination.

6. The party reviewing the appeal may be neither the party who made the prior Adverse Benefit Determination, nor a subordinate of the party who made the prior Adverse Benefit Determination.

7. In deciding an appeal on which the Adverse Benefit Determination was based in whole or in part on a medical judgment, including whether a particular treatment, drug, or other item is experimental, investigational, or not Medically Necessary or appropriate, the Claims Administrator or the Plan Administrator, as appropriate depending on the level of appeal, will consult with a health care professional who has appropriate training and experience in the field of medicine involving the medical judgment. The health care professional consulted for the appeal will not be the health care professional or a subordinate of the health care professional consulted in connection with the Adverse Benefit Determination that is the subject of the appeal.

8. Medical or vocational experts whose advice was obtained on behalf of the Plan in connection with the Adverse Benefit Determination will be identified, even if the Plan did not rely upon their advice.

9. The first level of appeal will be the responsibility of the Claims Administrator and will be decided within thirty (30) days of the Claims Administrator's receipt of the request. The second level of appeal will be decided within thirty (30) days of the Plan's receipt of the request.

## FIRST APPEAL LEVEL

### Requirements for First Appeal
The Claimant must file the first appeal, in writing, within 180 days following receipt of the notice of an Adverse Benefit Determination. The Claimant's appeal must be addressed as follows:

> Appeals Department
> Group & Pension Administrators, Inc.
> Park Central 8
> 12770 Merit Drive, 2nd Floor
> Dallas, Texas 75251

It shall be the responsibility of the Claimant to submit proof that the Claim is covered and payable under the provisions of the Plan. An appeal must include:

1. The name of the Employee/Claimant;
2. The Employee's/Claimant's social security number;
3. The group name or identification number;
4. All facts and theories supporting the Claim for benefits. **Failure to include any theories or facts in the appeal will result in such facts being inadmissible. In other words, the Claimant will lose the right to raise such factual arguments and theories which support this Claim if the Claimant fails to include them in the appeal**;
5. A statement in clear and concise terms of the reason or reasons for the disagreement with the handling of the Claim; and
6. Any material or information that the Claimant has which indicates that the Claimant is entitled to benefits under the Plan.

If the Claimant provides all of the required information, it may be that the expenses will be eligible for payment under the Plan.

### Timing of Notification of Benefit Determination on First Appeal
The Plan shall notify the Claimant of the Plan's Benefit Determination on review within a reasonable period of time, but not later than thirty (30) days after receipt of the appeal.

The period of time within which the Plan's determination is required to be made shall begin at the time an appeal is filed in accordance with the procedures of this Plan, without regard to whether all information necessary to make the determination accompanies the filing.

## Notice of Benefit Determination on First Appeal

The Claimant will be notified of the Benefit Determination on appeal. If there is an Adverse Benefit Determination on appeal, the notification will include the following information:

1. The reason or reasons for the Adverse Benefit Determination;

2. References to the Plan provisions on which the Adverse Benefit Determination is based;

3. A description of any additional material or information necessary for the Claimant to perfect the Claim, and an explanation of why such material or information is necessary;

4. A statement that the Claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the Claimant's Claim;

5. A description of the Plan's review procedures and the time limits applicable to such procedures, including a statement of the Claimant's right to bring a civil action under Section 502(a) of ERISA following an Adverse Benefit Determination on final review;

6. A description of voluntary appeal procedures offered by the Plan and, upon the Claimant's request, any additional information about the voluntary appeal procedures;

7. If an internal rule, guideline, protocol, or other similar criterion was relied on in making the Adverse Benefit Determination, either the specific rule, guideline, protocol or other similar criterion or a statement that such was relied on in making the Adverse Benefit Determination, and that a copy of the rule, guideline, protocol or other criterion will be provided free of charge on request;

8. If the Adverse Benefit Determination is based on a medical judgment (such as Medical Necessity or whether or not treatment is experimental), either an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the Claimant's medical circumstances, or a statement that such explanation will be provided free of charge on request;

9. The identity of any medical or vocational experts consulted in connection with the Claim, even if the Plan did not rely upon their advice; and

10. The following statement: "You and your Plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office and your State Insurance Regulatory Agency."

## Furnishing Documents in the Event of an Adverse Determination

In the case of an Adverse Benefit Determination on review, the Plan Administrator shall provide such access to, and copies of, documents, records, and other information described in the section relating to Notice of Benefit Determination on First Appeal, as appropriate.

## SECOND APPEAL LEVEL

### Adverse Decision on First Appeal; Requirements for Second Appeal

Upon receipt of notice of the Plan's Adverse Benefit Determination regarding the first appeal, the Claimant has 60 days to file a second appeal of the denial of benefits. The Claimant again is entitled to a "full and fair review" of any denial made at the first appeal, which means the Claimant has the same rights during the second appeal as he or she had during the first appeal. As with the first appeal, the Claimant's second appeal must be in writing and must include all of the items set forth in the section entitled "Requirements for First Appeal."

### Timing of Notification of Benefit Determination on Second Appeal

The Plan shall notify the Claimant of the Plan's Benefit Determination on review within a reasonable period of time, but not later than thirty (30) days after receipt of the second appeal.

# SCHEDULE OF BENEFITS

## Major Medical Benefits for Covered Persons

**NOTE:** All Claims are subject to review and/or audit to ensure that charges are payable in accordance with the terms and limitations of this Plan.

**LEVEL I PROVIDERS** – Facilities and Providers billing as a Facility to include, but not limited to:

- Hospitals (Inpatient and Outpatient treatment)
- Inpatient facilities (such as Rehabilitation Facilities, Skilled Nursing Facilities and Hospice)
- Inpatient and Outpatient facilities for treatment of Mental and Nervous Disorders, Chemical Dependency, Drug and Substance Abuse
- Ambulatory Surgery Centers
- Dialysis Clinics

**LEVEL II PROVIDERS** – Physicians and all other Providers of service

| Maximum Benefits | |
|---|---|
| **Annual Maximum for All Benefits**<br>Only Essential Benefits apply toward the<br>Annual Major Medical Maximum Benefit. | $2,000,000 |

| Deductible and Annual<br>Out-of-Pocket Maximum | Level I Benefit | Level II Non-PPO Benefit |
|---|---|---|
| | Level II PPO Benefit | |
| **Calendar Year Deductible**<br> • Per Covered Person<br> • Family Limit*<br>Deductible Carryover applies | $1,000<br>$3,000 | $1,000<br>$3,000 |
| **Annual Out-of Pocket Maximum**<br>(Includes Calendar Year Deductible and<br>Level I Copays)<br> • Per Covered Person<br> • Family Limit* | $5,000<br>$12,000 | $5,000<br>$12,000 |

**NOTE:** The Calendar Year Deductible and Annual Out-of-Pocket Maximum are determined by combining both Level I and Level II (PPO and Non-PPO) Covered Charges. Upon reaching the Annual Out-of-Pocket Maximum, Covered Medical Expenses are payable at 100% for the remainder of the Calendar Year. The Lifetime and Calendar Year Maximum Benefits are also determined by combining Level I and Level II (PPO and Non-PPO) Covered Charges.

*Applies collectively to all Covered Persons in the same Family.

## SCHEDULE OF BENEFITS (Cont'd.)

**LEVEL I BENEFITS – Payment Levels and Limits:**
This section applies to covered services rendered by Hospitals and other Facilities shown in the Level I Providers list on page 10 and to charges for services rendered by Providers billing "as a Facility." The benefits shown apply to all such covered, licensed, accredited Providers of service **without regard to participation in a Preferred Provider Organization (PPO) network.**

| Calendar Year Maximum Copay Amounts | |
|---|---|
| Maximum Inpatient Hospital/Facility Confinement Copays | |
| - Per Individual | $2,250 |
| - Per Family | $3,750 |

| Hospital/Facility Services | | |
|---|---|---|
| **Benefit Percentage For:** | **Level I Benefit** | **Maximum Benefits, Limits & Provisions** |
| **Inpatient Hospital Services** | 100% of Allowable Claim Limits for Room and Board/ancillary charges $750 per Confinement Copay applies Deductible waived | $500 Non-compliance penalty per admission (for failure to notify Utilization Review (UR) Company of Hospital admission). |
| **Maternity Inpatient Hospital Services** | 100% of Allowable Claim Limits for Room and Board/ancillary charges $750 per Confinement Copay applies Deductible waived | Contact UR Company for coordination of care. |
| **Routine Newborn Care Inpatient Hospital Services** (to date of mother's discharge) | 100% of Allowable Claim Limits for nursery Room and Board/ancillary charges: Confinement Copay and Deductible waived | Payable under covered mother's claim. |
| **Skilled Nursing Facility** | 100% of Allowable Claim Limits for Room and Board/ancillary charges $750 per Confinement Copay applies Deductible waived | Limited to 60 days per Calendar Year. UR Notification required or penalty applies. |
| **Rehabilitation Facility** | 100% of Allowable Claim Limits for Room and Board/ancillary charges $750 per Confinement Copay applies Deductible waived | UR Notification required or penalty applies. |
| **Mental & Nervous Disorders/Chemical Dependency, Drug and Substance Abuse Inpatient Hospital Services** | 100% of Allowable Claim Limits for Room and Board/ancillary charges $750 per Confinement Copay applies Deductible waived | UR Notification required or penalty applies. |
| **Hospital Emergency Room Services** | | |
| **Hospital Emergency Room** | 100% of Allowable Claim Limits $200 ER Copay applies Deductible waived ER Copay waived if admitted Inpatient | UR Notification required if admitted Inpatient. |
| **Hospital Outpatient Diagnostic Services** | | |
| **Psychological Testing** | 100% of Allowable Claim Limits Copay and Deductible waived | |
| **Diagnostic Laboratory and X-ray** | 100% of Allowable Claim Limits Copay and Deductible waived | |
| **Select Diagnostic Medical Procedures** (MRI, CT scan, etc.; see list in Comprehensive Medical Benefits section) | 100% of Allowable Claim Limits Deductible waived $500 Outpatient Copay applies | |
| **Bone Density Test, Other Routine Diagnostic Lab and X-ray** | 100% of Allowable Claim Limits Copay and Deductible waived | |
| **Annual Mammogram** (routine) | 100% of Allowable Claim Limits Copay and Deductible waived | |
| **Colonoscopy** (routine) | 100% of Allowable Claim Limits Copay and Deductible waived | Routine limited to age 50 and older or family history of colon cancer and once every 5 years. UR Penalty waived for initial routine or diagnostic colonoscopy in a 5 year period. |
| **Additional Colonoscopy** (diagnostic) | 100% of Allowable Claim Limits Deductible waived $500 Outpatient Copay applies | |

*Coldwell Banker United, Realtors*
*Amendment #1 Eff: 10/1/10*

# SCHEDULE OF BENEFITS (Cont'd.)

| Outpatient Surgery/Ambulatory Surgery Centers Covered Services and Supplies | | |
|---|---|---|
| All Covered Expenses | 100% of Allowable Claim Limits<br>$500 Outpatient Surgery Copay applies<br>Deductible waived | UR Notification required or penalty applies. |

| Outpatient Day Treatment Facility & Outpatient Psychiatric Day Treatment Facility/<br>Outpatient Chemical Dependency Drug Treatment Facility | | |
|---|---|---|
| All Covered Expenses | 100% of Allowable Claim Limits<br>$500 Outpatient Copay applies<br>Deductible waived | UR Notification required or penalty applies. |

| Chemotherapy, Radiation Therapy, Infusion Therapy, Dialysis Facilities<br>Covered Services and Supplies | | |
|---|---|---|
| All Covered Expenses | 80% of Allowable Claim Limits<br>Deductible applies | Contact UR Company for coordination of care. |

| Diabetic Self-Management Training | | |
|---|---|---|
| All Covered Expenses | 80% of Allowable Claim Limits<br>Deductible applies | |

| Home Health Care Services | | |
|---|---|---|
| All Covered Expenses | 100% of Allowable Claim Limits<br>Deductible waived<br>$500 Copay per Series of Treatment | Limited to 60 visits per Calendar Year.<br>Contact UR Company for coordination of care. |

| All Other Covered Hospital Services and Supplies | | |
|---|---|---|
| All Other Covered Expenses | 80% of Allowable Claim Limits<br>Applicable Copay and Deductible apply | UR Notification required for Inpatient or penalty applies. |

## LEVEL II BENEFITS – Payment Levels and Limits:

This section applies to covered services rendered by Physicians and all other Providers not listed in Level I. Benefits shown are payable **based upon the Provider's participation in the Preferred Provider Organization (PPO) network** and covered charges are subject to Usual and Customary and Reasonable fees.

The "Level II PPO Benefit" applies to services rendered by Preferred Providers in the designated PPO Network (In-Network); the "Level II Non-PPO Benefit" applies to services rendered by providers other than Preferred Providers (Out-of-Network). In addition, the "Level II PPO Benefit" applies in the following exceptions:

1. If a PPO Provider refers a Covered Person to a Physician who is not in the PPO Network because there is no appropriate specialist available among PPO Providers;
2. If a Medical Emergency or initial treatment of an Accidental Injury requires immediate care, and services are rendered by Non-PPO Providers;
3. If a Covered Person receives Medically Necessary services from a Non-PPO Provider because the Covered Person is living or traveling outside of the geographic zip code area serviced by the PPO (Out-of-Area); or
4. If a Covered Person seeks treatment in a Hospital or Ambulatory Surgery Center, and required services are rendered by a Non-PPO radiologist, anesthesiologist, pathologist, assistant surgeon or on-call Physician/specialist.

Maximum Benefits, Limits and Provisions are subject to all other Plan exclusions, limitations and provisions and the applicable lifetime and annual maximums set forth in this Plan.

*Coldwell Banker United, Realtors*
*Amendment #1 Eff: 10/1/10*

## SCHEDULE OF BENEFITS (Cont'd.)

| Physician Services | | | |
|---|---|---|---|
| **Benefit Percentage For:** | **Level II PPO Benefit** | **Level II Non-PPO Benefit** | **Maximum Benefits, Limits & Provisions** |
| **Physician Hospital Visits/Surgeon** | 80% of PPO rate Deductible applies | 70% of Usual and Customary fees Deductible applies | |
| **Physician Hospital Visit for Mental & Nervous Disorders/Chemical Dependency, Drug and Substance Abuse** | 80% of PPO rate Deductible applies | 70% of Usual and Customary fees Deductible applies | |
| **Emergency Room Physician and Related Services** | 100% of PPO rate Deductible waived | 100% of Usual and Customary fees Deductible waived | |
| **Maternity** (Including prenatal, delivery and postnatal care.) Lab and X-ray Benefit applies. | 80% of PPO rate Deductible applies Office Visit Copay does not apply after initial visit. | 70% of Usual and Customary fees Deductible applies | Contact UR Company for coordination of care. |
| **Routine Newborn Care** (Pediatric care to date of mother's discharge.) | 80% of PPO rate Deductible waived | 70% of Usual and Customary fees Deductible waived | Payable under covered mother's claim. |
| **One Call Medical Radiological Benefit** (CT scans, MRIs and PET scans) | 100% of One Call Medical negotiated rate Deductible waived | | Call 888-458-8746 to schedule. |
| **Lab and X-ray Benefits** (procedures performed in Physician's office, Outpatient Hospital, Freestanding X-ray Facility or independent lab) | | | |
| *****Select Diagnostic Medical Procedures** (MRI, CT scan, etc.; see list in Comprehensive Medical Benefits section) When not performed by One Call Medical. | 80% of PPO rate Deductible applies | 70% of Usual and Customary fees Deductible applies | |
| - All Other Lab/X-ray | 100% of PPO rate Copay and Deductible waived | 100% of Usual and Customary fees; Copay and Deductible waived | |
| **All Covered Physician Office Expenses Including:**<br>• Office Visit<br>• Urgent Care Facility (Minor Emergency Medical Clinic) Office Visit<br>• Allergy testing, serum/injections<br>• Voluntary Second or Third Opinion (exam)<br>• Contraceptive Injections, Implants, IUDs and Diaphragms<br>• Retail Limited Services Clinic<br>• Other Covered Office Services (without office visit billed) | 100% of PPO rate after $25 Copay Deductible waived | 100% of Usual and Customary fees after $25 Copay Deductible waived | |

\* **If these services are rendered by providers billing as a Facility, please refer to the appropriate category under Level I for the benefit.**

13

| Physician Services | | | |
|---|---|---|---|
| **Benefit Percentage For:** | **Level II PPO Benefit** | **Level II Non-PPO Benefit** | **Maximum Benefits, Limits & Provisions** |
| Office Surgery | 100% of first $500 then 80% of PPO rate Deductible applies | 100% of first $500 then 80% of Usual and Customary fees Deductible applies | |
| *Sterilization Procedures | 80% of PPO rate Deductible applies | 80% of Usual and Customary fees Deductible applies | |
| Mental & Nervous Disorders/Chemical Dependency, Drug and Substance Abuse Office Visit/Outpatient Therapy/ *Psychological Testing | 100% of PPO rate after $25 Copay Deductible waived | 100% of Usual and Customary fees after $25 Copay Deductible waived | |
| Chiropractic Services (Including x-rays) | 80% of PPO rate Deductible applies | 70% of Usual and Customary fees Deductible applies | Limited to $1,000 Calendar Year Maximum Benefit. |
| All Other Covered Physician Services | 80% of PPO rate Deductible applies | 80% of Usual and Customary fees Deductible applies | |

| Other Covered Services | | | |
|---|---|---|---|
| **Benefit Percentage For:** | **Level II PPO Benefit** | **Level II Non-PPO Benefit** | **Maximum Benefits, Limits & Provisions** |
| *Outpatient Therapy • Physical • Occupational • Speech • Cardiac Rehabilitation | 80% of PPO rate Deductible applies | 70% of Usual and Customary fees Deductible applies | |
| *Chemotherapy/ Radiation Therapy/ Infusion Therapy/ Dialysis | 80% of PPO rate Deductible applies | 70% of Usual and Customary fees Deductible applies | Contact UR Company for coordination of care. |
| Wig as a result of Chemotherapy/Radiation Therapy | 80% of PPO rate Deductible applies | 70% of Usual and Customary fees Deductible applies | Limited to $500 Lifetime Maximum Benefit. |
| *Home Health Care Services | 80% of PPO rate Deductible applies | 70% of Usual and Customary fees Deductible applies | Limited to 60 visits per Calendar Year. Contact UR Company for coordination of care. |
| *Home Infusion Therapy | 80% of PPO rate Deductible applies | 70% of Usual and Customary fees Deductible applies | Contact UR Company for coordination of care. |
| *Hospice | 80% of PPO rate Deductible applies | 70% of Usual and Customary fees Deductible applies | UR Notification required for Inpatient Hospice. Contact UR Company for coordination of care for Outpatient Hospice. |
| Bereavement Counseling | 100% of PPO rate after $25 Copay Deductible waived | 100% of Usual and Customary fees after $25 Copay Deductible waived | |
| *Diabetic Self-Management Training Office Visit | 100% after $25 Copay Deductible waived | 70% of Usual and Customary fees Deductible applies | |
| Insulin and Diabetic Supplies | 80% of PPO rate Deductible applies | 80% of Usual and Customary fees Deductible applies | |
| *Ambulance — Air or Ground Transportation | 80% of PPO rate Deductible applies | 80% of Usual and Customary fees Deductible applies | |
| All Other Covered Expenses | 80% of PPO rate Deductible applies | 70% of Usual and Customary fees Deductible applies | |

\* If these services are rendered by providers billing as a Facility, please refer to the appropriate category under Level I for the benefit.

**Preventive and Wellness Care Benefits**

This benefit is payable for Covered Procedures incurred as part of a Preventive and Wellness Care Program and is not payable for treatment of a diagnosed Illness or Injury. Services must be identified and billed as routine or part of a routine physical exam.

| Benefit Percentage For: | Level II PPO Benefit | Level II Non-PPO Benefit | Maximum Benefits, Limits & Provisions |
|---|---|---|---|
| All Covered Wellness Benefits | 100% of PPO rate Copay and Deductible waived | 70% of Usual and Customary fees; Deductible applies; Except the following procedures which will be paid at 100% of PPO rate after $25 Copay; PPO Deductible waived: Routine Physical Exam, Annual Well Woman Exam, Annual Mammogram; Well Baby Care Exam and Annual Routine Vision Exam | |

**Examples of Covered Wellness Procedures to include but are not limited to:**

1. Routine Physical Exam
2. Annual Well Woman Exam
3. Annual Pap smear and other routine lab
4. Annual Mammogram (routine)
5. Bone Density test (routine)
6. Annual PSA test and Prostate Exam (routine)
7. Well Baby Care Exam/Well Child Care Exam
8. Routine Immunizations
9. Flu vaccine/pneumonia vaccine
10. Routine lab, x-ray, diagnostic testing and other medical screenings
11. Annual Routine Vision Exam (children and adults)
12. Routine Hearing Exam (newborns)
13. Routine Colonoscopy (age 50 and older or family history of colon cancer and once every 5 years)

*Coldwell Banker United, Realtors*
*Amendment #1 Eff: 10/1/10*

# PROCEDURES FOR CLAIMS AND APPEALS

The procedures outlined below must be followed by Claimants to obtain payment of benefits under this Plan.

## NOTICE AND PROOF OF CLAIM

Written notice and proof of an incurred Claim should always be filed with the Claims Administrator as soon as possible. **Claims must be filed within twelve (12) months from the date of service to be covered by the Plan.** If an individual's coverage under the Plan ceases, all Claims incurred prior to termination of coverage **must** be filed within twelve (12) months from the date of service, or the Claims will not be covered by the Plan.

Claims **must** be filed sooner in certain circumstances:

➤ If the Plan is terminated, all Claims incurred prior to the Plan termination **must** be received within ninety (90) days after the termination or the Claims will not be covered.

Any Claims incurred after termination of Plan coverage for any reason are not covered under the Plan.

Under ERISA, there are four types of Claims: Pre-service (Urgent), Pre-service (Non-urgent), Concurrent Care, and Post-service.

➤ A "Pre-service Claim" is a Claim for a benefit under the Plan where the Plan conditions receipt of the benefit, in whole or in part, on approval of the benefit in advance of obtaining medical care. Because the Plan does not require Claimants to obtain approval of a medical service prior to getting treatment on an urgent or non-urgent basis, there are no "Pre-service Claims." The Claimant simply follows the Plan's procedures with respect to notice that is required after receipt of treatment, and files the Claim as a Post-service Claim.

➤ A "Concurrent Claim" arises when the Plan has approved an on-going course of treatment to be provided over a period of time or number of treatments, and either: (a) the Plan determines that the course of treatment should be reduced or terminated, or (b) the Claimant requests an extension of the course of treatment beyond that which the Plan has approved. Because the Plan does not require Claimants to obtain approval of medical services prior to getting treatment, there is no need to contact the Utilization Review Company to request an extension of a course of treatment. The Claimant simply follows the Plan's procedures with respect to notice that is required after receipt of treatment, and files the Claim as a Post-service Claim.

➤ A "Post-service Claim" is a Claim for a benefit under the Plan after the services have been rendered.

A Post-service Claim is considered to be filed when the following information is received by the Claims Administrator with a Form CMS-1500 or Form UB92 or any successor forms:

1. The date of service;
2. The name, address, telephone number, and tax identification number of the provider of the services or supplies;
3. The place where the services were rendered;
4. The diagnosis and procedure codes;
5. The amount of charges (including any PPO repricing information);
6. The name of the Plan;
7. The name of the Covered Employee; and
8. The name of the patient.

Each Claimant claiming benefits under the Plan shall be responsible for supplying, at such times and in such manner as the Plan Administrator in its sole discretion may require, written proof that the expenses were incurred, or that the benefit is covered under the Plan. This includes any substantiating documentation, Coordination of Benefits information or other information that may be required by the Plan as proof. If the Plan Administrator in its sole discretion determines that the Claimant has not incurred a Covered Expense, or that the benefit is not covered under the Plan, or if the Claimant fails to furnish such proof as is requested, no benefits shall be payable under the Plan.

## CLAIMS DETERMINATION

The Plan Administrator shall notify the Claimant, in accordance with the provisions set forth below, of any Adverse Benefit Determination within the following timeframes:

> - If the Claimant has provided all of the information needed to process the Claim in a reasonable period of time, but not later than 30 days after receipt of the Claim. This period may be extended by the Plan for up to 15 days, provided that the Plan Administrator: (a) determines that such an extension is necessary due to matters beyond the control of the Plan, and (b) notifies the Claimant, prior to the expiration of the initial 30-day processing period, of the circumstances requiring the extension of time, and the date by which the Plan expects to render a decision. If an extension has been requested, then the Plan Administrator shall notify the Claimant of any Adverse Benefit Determination prior to the end of the 15-day extension period.

> - If additional information is requested from the Claimant to process the Claim during the initial processing period, then the Claimant will be notified of a determination of benefits prior to the end of the extension period. If additional information is requested from the Claimant during the extension period, then the Claimant will be notified of the determination by a date agreed to by the Plan Administrator and the Claimant.

A Benefit Determination is required to be made within the period of time beginning when a Claim is deemed to be filed in accordance with the procedures of the Plan.

For purposes of the Plan's provisions for internal Claims and appeals and external review processes, a "Claim" for benefits is defined as a request for a plan benefit made by a Claimant in accordance with a plan's Reasonable procedure for filing benefit Claims. A call from a provider who wants to know if an individual is covered under the Plan, or if a certain procedure or treatment is a covered expense before the treatment is rendered, is not a "Claim" since an actual Claim for benefits is not being filed with the Plan. Likewise, presentation of a prescription to a pharmacy does not constitute a Claim.

An "Adverse Benefit Determination" is defined as a denial, reduction, or termination of, or a failure to provide or make a payment (in whole or in part) for a benefit, including any such denial, reduction, termination, or failure to provide or make a payment for a Claim that is based on:

1. A determination of an individual's eligibility to participate in a plan or health insurance coverage;
2. A determination that a benefit is not a covered benefit;
3. The imposition of a Pre-existing Condition exclusion, source-of-injury exclusion, PPO Provider network exclusion, or other limitation on otherwise covered benefits; or
4. A determination that a benefit is experimental, investigational, or not Medically Necessary or appropriate.

Although it is not a Claim for benefits, the definition of an Adverse Benefit Determination also includes a rescission of coverage under the Plan. A "rescission of coverage" is defined as a cancellation or discontinuance of coverage that has retroactive effect, except to the extent it is attributable to a failure to timely pay required premiums or contributions towards the cost of coverage.

## NOTICE OF ADVERSE BENEFIT DETERMINATION

If the initial Benefit Determination is an Adverse Benefit Determination, notification will be sent to the Claimant and will include the following information:

1. Information sufficient to identify the Claim involved, including the date of the service, the health care provider, the Claim amount (if applicable), the diagnosis code and its corresponding meaning, and the treatment code and its corresponding meaning;

2. The reason or reasons for the Adverse Benefit Determination or final internal Adverse Benefit Determination, including the denial code and its corresponding meaning, as well as a description of the Plan's standard, if any, used in denying the Claim. In the case of a final internal Adverse Benefit Determination, this description must also include a discussion of the decision;

3. References to the Plan specific provisions on which the Adverse Benefit Determination is based;

4. A description of any additional material or information necessary for the Claimant to perfect the Claim, and an explanation of why such material or information is necessary;

5. A description of the Plan's review procedures and the time limits applicable to such procedures, including a statement of the Claimant's right to bring a civil action under Section 502(a) of ERISA following an Adverse Benefit Determination on final review;

6. A statement that the Claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the Claimant's Claim;

7. The identity of any medical or vocational experts consulted in connection with a Claim, even if the Plan did not rely upon their advice (or a statement that the identity of the expert will be provided upon request);

8. If an internal rule, guideline, protocol, or other similar criterion was relied on in making the Adverse Benefit Determination, either the specific rule, guideline, protocol or other similar criterion, or a statement that such information was relied on in making the Adverse Benefit Determination, and that a copy of the rule, guideline, protocol or other criterion will be provided free of charge on request; and

9. If the Adverse Benefit Determination is based on a medical judgment (such as Medical Necessity or whether the treatment was experimental), either an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the Claimant's medical circumstances, or a statement that such explanation will be provided free of charge upon written request.

## PHYSICAL EXAMINATION

The Plan Administrator or Claims Administrator has the right to have the Claimant examined as often as reasonably necessary while a Claim is pending. Benefits are payable under this Plan only if they are Medically Necessary for the Illness or Accidental Injury of the Covered Person. This Plan reserves the right to make a Utilization Review to determine whether services are Medically Necessary for the proper treatment of the Covered Person. All such information will be confidential.

## CLAIMS AUDIT

Once a written Claim for benefits is received, the Claims Administrator, acting on the discretionary authority of the Plan Administrator, may elect to have such Claim reviewed or audited for accuracy and reasonableness of charges as part of the adjudication process. This process may include, but may not be limited to, identifying: (a) charges for items/services that may not be covered or may not have been delivered, (b) duplicate charges, and (c) charges beyond the Reasonable, necessary, and U&C guidelines as determined by the Plan. In addition, please refer to the section entitled "Claim Review and Audit Program" for information regarding Plan provisions related to the audit and adjudication of certain eligible Claims under that Program.

## PAYMENT OF CLAIMS

Plan benefits are payable to the Covered Employee, unless the Claimant gives written direction, at the time of filing proof of such loss, to pay directly the health care provider rendering such services. Such payment to a health care provider is subject to the approval of the Plan Administrator. If any such benefit remains unpaid at the death of the Covered Employee, if the Claimant is a minor, or if the Claimant is (in the opinion of the Plan Administrator) legally incapable of giving a valid receipt and discharge for any payment, the Plan Administrator may, at its option, pay such benefits to any one or more of the following relatives of the Claimant: wife, husband, mother, father, child or children, brother or brothers, sister or sisters. Such payment will constitute a complete discharge of the Plan's obligation to the extent of such payment, and the Plan Administrator will not be required to follow-up and determine how such paid money was used.

## APPEAL PROCESS

The Plan provides for two (2) levels of appeal following an Adverse Benefit Determination. The Claimant has one hundred eighty (180) days following an initial Adverse Benefit Determination to file an appeal of that determination, and sixty (60) days following a second Adverse Benefit Determination to file an appeal of that determination. The appeal process will provide the Claimant with a reasonable opportunity for a full and fair review of the Claim and Adverse Benefit Determination and will include the following:

1. Receipt of written request by the Claims Administrator from the Claimant, or an Authorized Representative of the Claimant, with the proper form for review of Adverse Benefit Determination, which initiates the appeal process.

2. The Claimant will have the opportunity to submit written comments, documents, records, and other information relating to the Claim.

3. The Claimant will have the opportunity to review the Claim file and to present evidence and testimony as part of the internal claims and appeals process.

4. The Claimant will be provided, free of charge and sufficiently in advance of the date that the notice of final internal Adverse Benefit Determination is required, with new or additional evidence considered, relied upon, or generated by the Plan in connection with the Claim, as well as any new or additional rationale for a denial at the internal appeals stage, and a reasonable opportunity for the Claimant to respond to such new evidence or rationale.

5. The Claimant will be provided, on request and free of charge: (a) reasonable access to, and copies of all documents, records, and other information relevant to the Claimant's Claim in possession of the Plan Administrator, the Designated Decision Maker (DDM) or the Claims Administrator; (b) information regarding any rule, guideline, protocol or other similar criterion relied upon in making the Adverse Benefit Determination; (c) information regarding any voluntary appeals procedures offered by the Plan; (d) information regarding the Claimant's right to an external review process; and (e) an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the Claimant's medical circumstances.

6. The review of the Adverse Benefit Determination will take into account all comments, documents, records and other information submitted by the Claimant relating to the Claim, without regard to whether such information was submitted or considered in the initial Benefit Determination.

7. No deference will be afforded to the previous Adverse Benefit Determination.

8. The party reviewing the appeal may be neither the party who made the prior Adverse Benefit Determination, nor a subordinate of the party who made the prior Adverse Benefit Determination.

9. In deciding an appeal on which the Adverse Benefit Determination was based in whole or in part on a medical judgment, including whether a particular treatment, drug, or other item is Experimental, Investigational, or not Medically Necessary or appropriate, the Claims Administrator, the DDM or the Plan Administrator, as appropriate depending on the level of appeal, will consult with a health care professional who has appropriate training and experience in the field of medicine involving the medical judgment. The health care professional consulted for the appeal will not be the health care professional or a subordinate of the health care professional consulted in connection with the Adverse Benefit Determination that is the subject of the appeal.

10. Medical or vocational experts whose advice was obtained on behalf of the Plan in connection with the Adverse Benefit Determination will be identified, even if the Plan did not rely upon their advice.

11. The first level of appeal will be the responsibility of the Claims Administrator and will be decided within thirty (30) days of the Claims Administrator's receipt of the request. The second level of appeal will be the responsibility of the DDM and will be decided within thirty (30) days of the Plan's receipt of the request.

For questions about appeal rights or for assistance, claimants can contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272). Consumer assistance may be available in your state. Contact your state Department of Insurance to find out if consumer assistance for claim appeals is available.

## FIRST APPEAL LEVEL

### Requirements for First Appeal

The Claimant must file the first appeal, in writing, within 180 days following receipt of the notice of an Adverse Benefit Determination. The Claimant's appeal must be addressed as follows:

Appeals Department
Group & Pension Administrators, Inc.
Park Central 8
12770 Merit Drive, 2nd Floor
Dallas, Texas 75251

It shall be the responsibility of the Claimant to submit proof that the Claim is covered and payable under the provisions of the Plan. An appeal must include:

1.  The name of the Employee/Claimant;
2.  The Employee's/Claimant's Social Security number;
3.  The group name or identification number;
4.  All facts and theories supporting the Claim for benefits. **Failure to include any theories or facts in the appeal will result in such facts being inadmissible. In other words, the Claimant will lose the right to raise such factual arguments and theories which support this Claim if the Claimant fails to include them in the appeal;**
5.  A statement in clear and concise terms of the reason or reasons for the disagreement with the handling of the Claim; and
6.  Any material or information that the Claimant has which indicates that the Claimant is entitled to benefits under the Plan.

If the Claimant provides all of the required information, it may be that the expenses will be eligible for payment under the Plan.

### Timing of Notification of Benefit Determination on First Appeal
The Plan shall notify the Claimant of the Plan's Benefit Determination on review within a reasonable period of time, but not later than thirty (30) days after receipt of the appeal.

The period of time within which the Plan's determination is required to be made shall begin at the time an appeal is filed in accordance with the procedures of this Plan, without regard to whether all information necessary to make the determination accompanies the filing.

### Notice of Benefit Determination on First Appeal
The Claimant will be notified of the Benefit Determination on appeal. If there is an Adverse Benefit Determination on appeal, the notification will include the following information:

1.  The reason or reasons for the Adverse Benefit Determination;

2.  References to the Plan provisions on which the Adverse Benefit Determination is based;

3.  A description of any additional material or information necessary for the Claimant to perfect the Claim, and an explanation of why such material or information is necessary;

4.  A statement that the Claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the Claimant's Claim;

5.  A description of the Plan's review procedures and the time limits applicable to such procedures, including a statement of the Claimant's right to bring a civil action under Section 502(a) of ERISA following an Adverse Benefit Determination on final review;

6.  A description of voluntary appeal procedures offered by the Plan and, upon the Claimant's request, any additional information about the voluntary appeal procedures;

7.  If an internal rule, guideline, protocol, or other similar criterion was relied on in making the Adverse Benefit Determination, either the specific rule, guideline, protocol or other similar criterion or a statement that such was relied on in making the Adverse Benefit Determination, and that a copy of the rule, guideline, protocol or other criterion will be provided free of charge on request;

8.  If the Adverse Benefit Determination is based on a medical judgment (such as Medical Necessity or whether or not treatment is Experimental), either an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the Claimant's medical circumstances, or a statement that such explanation will be provided free of charge on request;

9. The identity of any medical or vocational experts consulted in connection with the Claim, even if the Plan did not rely upon their advice; and

10. The following statement: "You and your Plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office and your State Insurance Regulatory Agency."

### Furnishing Documents in the Event of an Adverse Determination

In the case of an Adverse Benefit Determination on review, the Plan Administrator shall provide such access to, and copies of, documents, records, and other information described in the section relating to Notice of Benefit Determination on First Appeal, as appropriate.

## SECOND APPEAL LEVEL

### Adverse Decision on First Appeal; Requirements for Second Appeal

Upon receipt of notice of the Plan's Adverse Benefit Determination regarding the first appeal, the Claimant has 60 days to file a second appeal of the denial of benefits. The Claimant again is entitled to a "full and fair review" of any denial made at the first appeal, which means the Claimant has the same rights during the second appeal as he or she had during the first appeal. As with the first appeal, the Claimant's second appeal must be in writing and must include all of the items set forth in the section entitled "Requirements for First Appeal."

### Timing of Notification of Benefit Determination on Second Appeal

The Plan shall notify the Claimant of the Plan's Benefit Determination on review within a reasonable period of time, but not later than thirty (30) days after receipt of the second appeal.

The period of time within which the Plan's determination is required to be made shall begin at the time the second appeal is filed in accordance with the procedures of this Plan, without regard to whether all information necessary to make the determination accompanies the filing.

### Manner and Content of Notification of Adverse Benefit Determination on Second Appeal

The same information must be included in the Plan's response to a second appeal as a first appeal, except for: (a) a description of any additional information necessary for the Claimant to perfect the Claim and an explanation of why such information is needed; and (b) a description of the Plan's review procedures and the time limits applicable to the procedures. See the section entitled "Notice of Benefit Determination on First Appeal."

### Furnishing Documents in the Event of an Adverse Determination

In the case of an Adverse Benefit Determination on the second appeal, the Plan Administrator shall provide such access to, and copies of, documents, records, and other information described in the section relating to the Notice of Benefit Determination on First Appeal, as appropriate.

### Decision on Second Appeal to be Final

If, for any reason, the Claimant does not receive a written response to the appeal within the appropriate time period set forth above, the Claimant may assume that the appeal has been denied. The decision will be final, binding and conclusive, and will be afforded the maximum deference permitted by law. **All Claim review procedures provided for in the Plan must be exhausted before any legal action is brought. Any legal action for the recovery of any benefits must be commenced within three years after the Plan's Claim review procedures have been exhausted. Any action with respect to a fiduciary's breach of any responsibility, duty or obligation hereunder must be brought within three years after the date of service.**

### Appointment of Authorized Representative

A Claimant is permitted to appoint an Authorized Representative to act on his behalf with respect to a benefit Claim or appeal of an Adverse Benefit Determination. An assignment of benefits by a Claimant to a provider will not constitute appointment of that provider as an Authorized Representative. To appoint such a representative, the Claimant must complete a form which can be obtained from the Plan Administrator or the Claims Administrator. In the event a Claimant designates an Authorized Representative, all future communications from the Plan will be with the Authorized Representative, rather than the Claimant, unless the Claimant directs the Plan Administrator, in writing, to the contrary.

## PROVIDER OF SERVICE APPEAL RIGHTS

A Claimant may appoint the provider of service as the Authorized Representative with full authority to act on his or her behalf in the appeal of a denied Claim. An assignment of benefits by a Claimant to a provider of service will not constitute appointment of that provider as an Authorized Representative. However, in an effort to ensure a full and fair review of the denied Claim, and as a courtesy to a provider of service that is not an Authorized Representative, the Plan will consider an appeal received from the provider in the same manner as a Claimant's appeal, and will respond to the provider and the Claimant with the results of the review accordingly. Any such appeal from a provider of service must be made within the time limits and under the conditions for filing an appeal specified under the section, "Appeal Process," above. **Providers requesting such appeal rights under the Plan must agree to pursue reimbursement for Covered Medical Expenses directly from the Plan, waiving any right to recover such expenses from the Claimant, and comply with the conditions of the section, "Requirements for First Appeal," above.**

For purposes of this section, the provider's waiver to pursue Covered Medical Expenses does not include the following amounts, which will remain the responsibility of the Claimant:

➢ Deductibles;
➢ Copayments;
➢ Coinsurance;
➢ Penalties for failure to comply with the terms of the Plan;
➢ Charges for services and supplies which are not included for coverage under the Plan; and
➢ Amounts which are in excess of any stated Plan maximums or limits. **Note: This does not apply to amounts found to be in excess of Allowable Claim Limits, as defined in the section, "Claim Review and Audit Program."** The Claimant will not be held responsible for any amounts found to be in excess of Allowable Claim Limits.

Also, for purposes of this section, if a provider indicates on a Form UB92 or on a Form CMS-1500 (or similar Claim form) that the provider has an assignment of benefits, then the Plan will require no further evidence that benefits are legally assigned to that provider.

Contact the Claims Administrator or the Plan Administrator for additional information regarding provider of service appeals.

## EXTERNAL REVIEW OF ADVERSE BENEFIT DETERMINATIONS

When the internal appeals procedures have been exhausted, the Claimant may elect to have an additional and final opportunity for a review of an Adverse Benefit Determination (including a final internal Adverse Benefit Determination) by an independent review organization (IRO). The IRO will be accredited by URAC or a similar nationally recognized accrediting organization for the purpose of conducting an independent and unbiased review.

The request for an external review must be filed by the Claimant within four (4) months following the Claimant's receipt of the notice of Adverse Benefit Determination or final internal Adverse Benefit Determination. However, if the Plan fails to strictly adhere to all the requirements of the internal claims and appeals process with respect to a Claim, the Claimant will be deemed to have exhausted the internal claims and appeals process, and the Claimant may initiate an external review and pursue any available remedies under applicable law, such as judicial review.

The Plan's external review process applies to any Adverse Benefit Determination or final internal Adverse Benefit Determination on appeal, except that a denial, reduction, termination, or a failure to provide payment for a benefit based on a determination that a participant or beneficiary failed to meet the requirements for eligibility under the terms of the Plan is not eligible for the external review process.

There are two types of external reviews; standard and expedited. An external review is a standard external review unless the timing required to perform a standard external review involves circumstances that would seriously jeopardize the life or health of the Claimant or would jeopardize the Claimant's ability to regain maximum function, or if the final internal Adverse Benefit Determination concerns an admission, availability of care, continued stay, or health care item or service for which the Claimant received emergency services but has not yet been discharged from the facility. In such cases, the Plan will consider the external review to be an expedited review.

**EXPEDITED EXTERNAL REVIEW FOR URGENT OR EMERGENCY CARE**

This Plan does not require a Claimant to obtain prior approval for pre-service urgent care Claims or emergency care services before getting treatment; therefore, neither the internal appeals nor the external review procedures will apply to these Claims. In an emergency or urgent care situation, the Claimant should follow instructions from his/her health care provider, and file the Claim as a post-service Claim. If the post-service Claim results in an Adverse Benefit Determination, the Claimant may file an appeal in accordance with the Plan's provisions for "How to Appeal," which are explained above.

Appeals of Claims involving concurrent care will be subject to the Plan's provisions for expedited external review, as explained below.

**PROCEDURES FOR INITIATION OF AN EXTERNAL REVIEW**

**Standard External Review**
A request for an external review must include the same information that is required for an internal appeal, listed above in the section, "How to Appeal."

Once the request for a standard external review is filed, the Plan will have five (5) business days to do a preliminary review of the request to determine whether it is eligible and whether all of the information and forms required to process the external review have been provided.

Within one (1) business day following completion of the preliminary review, the Plan will notify the Claimant in writing whether the request is eligible for external review.

➢ If the request is complete but is not eligible for external review, the notice will contain an explanation of the reason that the request is ineligible.

➢ If the request is incomplete, the notice will describe the information or materials needed to make the request complete. The claimant must submit the information or materials needed within forty-eight (48) hours following receipt of the notice, or the expiration of the original four (4) month filing period, whichever is later.

An eligible request which is complete and timely filed will be assigned to an independent review organization (IRO) by the Plan. The Plan will have arrangements to access at least three (3) accredited IROs to which external reviews will be assigned on a random or rotated basis to ensure an independent and unbiased review.

The assigned IRO will notify the Claimant in writing of the request's eligibility and acceptance for external review. This notice will include a statement that the Claimant may submit to the IRO, in writing and within ten (10) business days following receipt of the notice, any additional information that the IRO must consider when conducting the external review.

Within five (5) business days after the date of assignment of the IRO, the Plan must provide to the assigned IRO the documents and any information considered in making the Adverse Benefit Determination or final internal Adverse Benefit Determination. Failure by the Plan to timely provide the documents and information will not delay the conduct of the external review, and the IRO may decide to reverse the Adverse Benefit Determination or final internal Adverse Benefit Determination. In this case, the IRO will notify the Plan and the claimant within one (1) business day following the decision to reverse the determination.

The assigned IRO will forward any information which is submitted by the Claimant to the Plan, and the Plan may reconsider its Adverse Benefit Determination or final internal Adverse Benefit Determination; however, reconsideration by the Plan will not delay the external review. If the Plan decides to reverse its Adverse Benefit Determination or final internal Adverse Benefit Determination, it may terminate the external review and notify the IRO and the Claimant within one business day of the decision.

The IRO will provide written notice to the Claimant and the Plan of the final external review decision within forty-five (45) days following receipt of the request for review. The notice will contain:

➢ A general description of the reason for the request for external review, including information sufficient to identify the Claim (including the date or dates of service, the health care provider, the Claim amount (if applicable), the diagnosis code and its corresponding meaning, the treatment code and its corresponding meaning, and the reason for the previous denial;

*Coldwell Banker United, Realtors*
*Amendment #1 Eff: 10/1/10*

- The date the IRO received the request for external review and the date on which it made the decision;

- References to the evidence or documentation, including the specific coverage provisions and evidence-based standards, considered in reaching its decision;

- A discussion of the principal reason or reasons for its decision, including the rationale for its decision and the evidence-based standards that were relied on in making the decision;

- A statement that the determination is binding except to the extent that other remedies may be available under State or Federal law to either the group health plan or to the Claimant;

- A statement that judicial review may be available to the claimant; and

- Current contact information, including a phone number, for any applicable office of health insurance consumer assistance or ombudsman established under PHS Act section 2793.

**Expedited External Review**

A final internal Adverse Benefit Determination concerning an admission, availability of care, continued stay, or health care item or service for which the claimant received emergency services but has not yet been discharged from the facility will be considered for an expedited external review. These are considered to be pre-service **non-urgent** care Claims and concurrent Claims.

The procedures that apply to standard external reviews will apply to expedited external reviews, except that:

- The preliminary review of the request to determine whether it is eligible and whether all of the information and forms required to process the external review have been provided must be conducted immediately, and the Plan must immediately notify the Claimant regarding the eligibility determination;

- Upon a determination that a request is eligible for external review following the preliminary review, the Plan will immediately assign an IRO pursuant to the requirements set forth for standard external reviews;

- The Plan must provide or transmit all necessary documents and information considered in making the Adverse Benefit Determination or final internal Adverse Benefit Determination to the assigned IRO electronically, by phone, facsimile or any other available expeditious method; and

- The IRO must provide notice of the final external review decision as expeditiously as the claimant's medical condition or circumstances require, but in no event more than seventy-two (72) hours after the IRO received the request for an expedited external review. If the notice is not in writing, the assigned IRO must provide written confirmation of the decision to the claimant and the Plan within forty-eight (48) hours following the notice.

## DECISION FOLLOWING AN EXTERNAL REVIEW

Upon receipt of a notice from the IRO reversing the decision of an Adverse Benefit Determination or final internal Adverse Benefit Determination, the Plan will immediately provide coverage or payment for the Claim. An external review decision is binding on the Plan as well as the Claimant, except to the extent other remedies are available under State or Federal law.

*Coldwell Banker United, Realtors*
*Amendment #1 Eff: 10/1/10*